**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CRIMINAL ACTION NO. 1:09CR-00026-TBR(23)**


**UNITED STATES OF AMERICA**                                                **PLAINTIFF**


**VS.**


**BRICESON WALKUP**                                                         **DEFENDANT**


**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The Defendant, by consent, has appeared before me pursuant to Rule 11, Federal Rules of

Criminal Procedure, and has entered a plea of guilty to Count 42 of the 43-Count Third Superseding

Indictment.  After cautioning and examining the Defendant under oath concerning each of the

subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary

and that the offense charged is supported by an independent basis in fact containing each of the

essential elements of such offense.  I, therefore, recommend that the plea of **GUILTY** be accepted

and that the Defendant be adjudged **GUILTY** and have sentence imposed accordingly.

      **ENTERED** this

## <u>NOTICE</u>

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. 636(b)(1)(B).

Date of Service:

Copies:      Counsel of Record
             U.S. Marshal
             U.S. Probation
             Kelly Harris, Case Manager