UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CRIMINAL ACTION NO. 1:09-CR-00026-TBR-HBB-23

BRICESON WALKUP                                                              MOVANT/DEFENDANT

v.

UNITED STATES OF AMERICA                                              RESPONDENT/PLAINTIFF

**OPINION AND ORDER**

This matter is before the Court on Movant/Defendant Briceson Walkup's *pro se* Motion to Vacate his sentence pursuant to 28 U.S.C. § 2255 [DN 1518] and the Magistrate Judge's Findings of Fact, Conclusions of Law and Recommendation in which he recommends that the Motion to Vacate be denied. [DN 1527.] The Movant/Defendant filed no objections to the Magistrate Judge's report, and the time to do so has passed.

Generally, the Court must make a *de novo* determination of those portions of a Magistrate Judge's recommended disposition to which objections are filed. 28 U.S.C. § 636(b)(1)(c). However, when no objections are entered, the Court need not "review . . . a magistrate's factual or legal conclusions, under a *de novo* or any other standard." *Thomas v. Arn,* 474 U.S. 140, 150 (1985). Furthermore, parties who fail to object to a Magistrate Judge's report and recommendation are barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters,* 638 F.2d 947 (6th Cir.1981).

These principles notwithstanding, the Court has examined the record and the Magistrate Judge's recommended disposition and agrees that the Magistrate Judge's analysis is sound. Therefore, the Court being sufficiently advised, IT IS HEREBY ORDERED AND ADJUDGED as follows:

1

1. The Court ADOPTS the Findings of Fact and Conclusions of Law as set forth in the report submitted by the United States Magistrate Judge. [DN 1527.]

2. Movant/Defendant's Motion to Vacate under 28 U.S.C. § 2255 [DN 1518] is DENIED.

3. A Certificate of Appealability is DENIED as to all claims asserted in Movant/Defendant's Motion to Vacate.

This is a final judgment, and the matter is hereby stricken from the active Docket of the Court.

cc:

Briceson Walkup, *pro se* plaintiff
# 12051-033
Federal Correctional Inst.
P.O. Box 350
Beaver, WV 25813

and

Counsel